LAW OFFICES OF R. EMMETT MADDEN
R. EMMETT MADDEN, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE: 215-884-9300
FAX: 215-701-4214

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Muneer Mustafa Tawam,<br><br>Plaintiff<br>v.<br>Riverfront Federal Credit Union,<br><br>Defendant | Dkt. No. 5:17-cv-5778 |

## NOTICE OF SETTLEMENT

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Muneer Mustafa Tawam and Defendant Riverfront Federal Credit Union (the "Parties") have reached a settlement of the above-captioned matter and are in the process of memorializing the agreement. It is anticipated that a dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed within thirty (30) days of the date of this Notice.

Respectfully submitted,

LAW OFFICES OF F. EMMETT MADDEN, P.C.

BY: _____
R. EMMETT MADDEN, ESQUIRE