LAW OFFICES OF R. EMMETT MADDEN
R. EMMETT MADDEN, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE:  215-884-9300
FAX:  215-701-4214

### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Muneer Mustafa Tawam, | : |
| | : Dkt. No.  5:17-cv-5778 |
| Plaintiff | : |
| v. | : |
| Riverfront Federal Credit Union, | : |
| Defendant | : |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Muneer Mustafa Tawam voluntarily dismisses the above-captioned action with prejudice.  Each party shall bear its own fees and costs.

Respectfully submitted this April 24, 2018.

LAW OFFICES OF F. EMMETT MADDEN, P.C.

BY:  /s/ R. Emmett Madden
R. EMMETT MADDEN, ESQUIRE